IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL PAGAN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19 CV 10122 (LGS) |
| ) | |
| ZAZZLE, INC., ) | JURY TRIAL DEMANDED |
| SPREADSHIRT, INC, ) | |
| BRAIN BUSTER ENTERPRISES, LLC, ) | |
| and RAGEON, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Daniel Pagan, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Rageon, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: February 10, 2020

**DANIEL PAGAN**

Daniel Pagan – Pro Se

*Daniel Pagan* (signature)

Daniel Pagan
Pro Se Plaintiff
199 Avenue A
New York, New York 10009
(718) 873-5564

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-10-20